☑ CIRCUIT COURT ☐ DISTRICT COURT OF MARYLAND FOR Baltimore City

**MARYLAND JUDICIARY**

Located at: 100 N. Calvert St.    Case No(s): 819284008

STATE OF MARYLAND    vs.    ARNOLD, SIERRA SHAILIA  8/20
Defendant/Child    Date of Birth

2403 Reisterstown Rd
Address

Baltimore    MD    21217
City    State    Zip

TRACKING NUMBER(S): 19100133007 (9)

(Additional tracking numbers may be placed at the top of this page.)

## JUDGMENT OF RESTITUTION

1. Under Maryland Code, Criminal Procedure Article, Title 11, Subtitle 6, this Court orders the Restitution Obligor(s), ARNOLD, SIERRA SHAILIA, to make restitution by ☐ returning _____
   ☑ paying the amount of $ 14,108.88. Property shall be returned and payments shall be made through the
   ☑ Maryland Division of Parole and Probation (P&P) ☐ Maryland Department of Juvenile Services (DJS), as follows:
   ☑ On or before 12/06/2020
   ☐ In equal installments of $ _____ per ☐ week ☐ month, beginning _____
   and ending with the final payment on _____;
   ☐ As directed by P&P or DJS and ending with the final payment on _____;
   ☐ As provided in an earnings withholding order ☐ issued with this Judgment ☐ to be issued if Defendant/Child is placed on work release or probation ☐ to be issued if Restitution Obligor(s) is delinquent in payment of restitution.

2. P&P or DJS may assess an additional fee, up to 2% of the total amount of this Judgment, for administrative costs of collecting payments and property and may ask the State Central Collection Unit (CCU) to collect restitution. CCU may ask for interception of tax refunds and lottery winnings and may assess an additional fee, up to 20% of the restitution and interest.

3. This Court further orders Restitution Obligor(s) to give this Court and P&P or DJS immediate notice of each change of residence, employer and work address while an earnings withholding order against Restitution Obligor(s) is in effect.

4. This Court further orders P&P or DJS to disburse payments under this Judgment to:
   ☑ the following victim(s) (Name(s) only; address not to be included on document given to Restitution Obligor(s)), in the principal amount of $ 14,108.88
   Stratman Real Estate Group
   12138 Central Ave, Mitchellville, MD 20721
   ☐ the Department of Health and Mental Hygiene, in the principal amount of $ _____;
   ☐ the Criminal Injuries Compensation Board, in the principal amount of $ _____;
   ☐ _____ Other Governmental Entity, in the principal amount of $ _____;
   ☐ third-party payor _____, in the principal amount of $ _____;
   Payments to the victim(s) have priority over all other payments to be disbursed under this Judgment.

5. Accrual of interest shall be subject to Maryland Code, Courts and Judicial Proceedings Article, § 11-107.

12/6/19    [signature]
Date    Judge

## ACKNOWLEDGMENT

I have read this Judgment or had it explained to me. I understand that if I fail to make restitution as ordered I can be held in contempt of court and found to be in violation of probation, and if I fail to give the notice as ordered in #3 above I am subject to a fine.

Signature of Restitution Obligor(s): [signature] Arnold    12/6/19
Defendant/Child    Date

Parent _____    Date _____    Parent _____    Date _____

CC-DC/CR 83 (Rev. 10/2003) Print Date 11/2003) (front)